1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTOPHER D. VIEIRA (CABN 273781)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7301
7      FAX: (415) 436-7027
       christopher.vieira@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,              )  No. CR 17-00389 RS
14                                        )
           Plaintiff,                     )  STIPULATION AND [PROPOSED] ORDER
15                                        )  SETTING HEARING DATE AND EXCLUDING
       v.                                 )  TIME FROM THE SPEEDY TRIAL ACT
16                                        )  CALCULATION
   JENNIFER RENEE MCPIKE,                 )
17  DRAY TERRY MOSBY, and                 )
   EFRAIN GERARDO SANTAMARIA,             )
18                                        )
           Defendants.                    )
19                                        )
                                          )
20
           Defendant DRAY TERRY MOSBY, represented by Martin Sabelli, and the Government,
21
   represented by Christopher Vieira, Special Assistant United States Attorney, appeared before the Court
22
   on January 16, 2018 for a status conference.  Counsel for defendant represented that additional time was
23
   needed for attorney preparation and investigation.
24
           The Court set a further status conference for February 27, 2018, at 2:30 p.m.  Defendant
25
   requested that time be excluded under the Speedy Trial Act between January 16, 2018 and February 27,
26
   2018 to conduct necessary investigation. The Government did not object to the request to exclude time.
27
           Therefore, the parties agree, and the Court finds and holds, as follows:
28

   STIPULATION AND [PROPOSED] ORDER
   CR 17-00389 RS

1       1.       This matter is set before this Court for a status conference on February 27, 2018.

2       2.       The time between January 16, 2018 and February 27, 2018 is excluded under the Speedy

3 Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time

4 necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C.

5 § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best

6 interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

7 *See id.* § 3161(h)(7)(A).

8

9 Dated: 2/2/2018                  /s/ *Martin Sabelli*

10                                  MARTIN SABELLI
Counsel for Dray Terry Mosby

11

12 Dated: 2/2/2018                  /s/ *Christopher Vieira*

13                                  CHRISTOPHER VIEIRA
Special Assistant United States Attorney

14

15 IT IS SO ORDERED.

16 Dated: 2/5/18

17                                  RICHARD SEEBORG
United States District Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 17-00389 RS