1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTOPHER D. VIEIRA (CABN 273781)
   Special Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7301
7         FAX: (415) 436-7027
          christopher.vieira@usdoj.gov
8
   Attorneys for United States of America
9

10                         UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            ) No. CR 17-00389 RS
14                                      )
          Plaintiff,                    ) STIPULATION AND [PROPOSED] ORDER
15                                      ) SETTING HEARING DATE AND EXCLUDING
      v.                                ) TIME FROM THE SPEEDY TRIAL ACT
16                                      ) CALCULATION
   JENNIFER RENEE MCPIKE,               )
17 DRAY TERRY MOSBY, and                )
   EFRAIN GERARDO SANTAMARIA,           )
18                                      )
          Defendants.                   )
19                                      )
                                        )
20
          Defendant DRAY TERRY MOSBY, represented by Martin Sabelli, and the Government,

represented by Christopher Vieira, Special Assistant United States Attorney, appeared before the Court

on February 27, 2018 for a status conference. Counsel for defendant represented that additional time

was needed for attorney preparation and investigation.

          The Court set a further status conference for March 20, 2018, at 2:30 p.m. Defendant requested

that time be excluded under the Speedy Trial Act between February 27, 2018 and March 20, 2018 to

continue to conduct necessary investigation. The Government did not object to the request to exclude

time.

STIPULATION AND [PROPOSED] ORDER
CR 17-00389 RS

Therefore, the parties agree, and the Court finds and holds, as follows:

1. This matter is set before this Court for a status conference on March 20, 2018.

2. The time between February 27, 2018 and March 20, 2018 is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

Dated: 2/28/2018

/s/ *Martin Sabelli*
MARTIN SABELLI
Counsel for Dray Terry Mosby

Dated: 2/28/2018

/s/ *Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated: 3/1/18

RICHARD SEEBORG
United States District Judge