ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTOPHER D. VIEIRA (CABN 273781)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301
    FAX: (415) 436-7027
    christopher.vieira@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-00389 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER SETTING HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| JENNIFER RENEE MCPIKE, DRAY TERRY MOSBY, and EFRAIN GERARDO SANTAMARIA, | |
| Defendants. | |

Defendant DRAY TERRY MOSBY, represented by Martin Sabelli, and the Government, represented by Christopher Vieira, Special Assistant United States Attorney, appeared before the Court on July 31, 2018 for a status conference. Counsel for defendant represented that additional time was needed for attorney preparation and investigation.

The Court set a further status conference for September 4, 2018, at 2:30 p.m. Defendant requested that time be excluded under the Speedy Trial Act between July 31, 2018 and September 4, 2018 to continue to conduct necessary investigation. The Government did not object to the request to exclude time.

STIPULATION AND [PROPOSED] ORDER
CR 17-00389 RS

Therefore, the parties agree, and the Court finds and holds, as follows:

1. This matter is set before this Court for a status conference on September 4, 2018.

2. The time between July 31, 2018 and September 4, 2018 is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

Dated: 8/3/2018

/s/ *Martin Sabelli*
MARTIN SABELLI
Counsel for Dray Terry Mosby

Dated: 8/3/2018

/s/ *Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated: 8/6/18

RICHARD SEEBORG
United States District Judge