ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTOPHER D. VIEIRA (CABN 273781)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301
    FAX: (415) 436-7027
    christopher.vieira@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-00389 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER SETTING HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| JENNIFER RENEE MCPIKE, DRAY TERRY MOSBY, and EFRAIN GERARDO SANTAMARIA, | |
| Defendants. | |

     Defendant DRAY TERRY MOSBY, represented by Martin Sabelli, and the Government, represented by Christopher Vieira, Special Assistant United States Attorney, appeared before the Court on September 10, 2018 for a potential change of plea. The change of plea did not occur; instead the Judge Laporte appointed a new lawyer who could advise defendant on how to move forward in this litigation. Given that, current counsel for defendant represented that additional time was needed for attorney preparation and investigation.

     Judge Laporte set a further status conference for October 9, 2018, at 2:30 p.m. Defendant now requests that time be excluded under the Speedy Trial Act between September 10, 2018 and October 9,

STIPULATION AND [PROPOSED] ORDER
CR 17-00389 RS

2018 for new counsel to conduct necessary investigation. The Government does not object to the request to exclude time.

Therefore, the parties agree, and the Court finds and holds, as follows:

1. This matter is set before this Court for a status conference on October 9, 2018.

2. The time between September 10, 2018 and October 9, 2018 is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

Dated: 9/13/2018

/s/ *Martin Sabelli*
MARTIN SABELLI
Counsel for Dray Terry Mosby

Dated: 9/13/2018

/s/ *Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated: 9/13/18

RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 17-00389 RS