17-CR-389 RS

FILED
SEP 01 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCANNED

8/21/2020

Dear, Honorable Judge Richard Seeborg

First, I would like to apoligize to you Sir, and to your courtroom with the upmost respect, for having to address your courtroom in this fashion. In which you are already aware of the Global Pandemic that we all are dealing with, but do to the Pandemic, I'm restricted to any movement within the institution, and cannot go to the Law Library to type a proper Motion.

I respectfully ask the Court to accept this as a motion pursuant to 18 U.S.C. §3582(c) known as "Compassionate Release." The Centers for Disease Control (CDC) has said people with Pre-Existing Conditions are at higher risk of severe illness from COVID-19. I, Dray Terry Mosby unfortunately have Pre-Existing Conditions. I have High Blood Pressure (Hypertension) on which I take medication for. That being LodiPine... I also suffer from a "Heart Murmur". These conditions that I suffer from, should be able to be verified (via) my medical records.

The coronavirus disease 2019 (COVID-19) is rapidly spreading in all parts of the United States, including its prisons. There is no vaccine or cure for this deadly disease. The Centers for Disease Controls (CDC) recommends protecting oneself from the disease by frequent handwashing, frequent sterilizing of surfaces, and individuals remaining at a distance of at least six feet from each other. It is impossible to do that in this facility.

The Bureau of Prisons (BOP) owes the duty of care to federal inmates. In which is fixed by 18 U.S.C. § 4042.(a)(1)(2) and (3).

Where will I stay: 108 Harold Ave./San francisco, CA 94112
With whom: Marsha Green/My Sons Mother
Phone: 415-910-4711
How will I support Myself: Family financial support intil, I obtain employment, I have a Class "B" Commercial license, I also recieve SSI. In which the state of California provides medical care for me.
My son Javon Green; 415-400-6038/415-756-7340
If can't reach Marsha Green, please call my son!!!

Respectfully Submitted
Dray Terry Mosby 24591-111

8/21/2020