1   ROBERT WAGGENER - SBN - 118450
    214 DUBOCE AVENUE
2   SAN FRANCISCO, CA 94103
    Phone:      (415) 431-4500
3   Fax:        (415) 255-8631
    E-Mail:     rwlaw@mindspring.com
4

5   Attorney for Defendant DRAY MOSBY

6

7                    **UNITED STATES DISTRICT COURT**

8                  **NORTHERN DISTRICT OF CALIFORNIA**

9
    UNITED STATES OF AMERICA                No.  CR-17-00389 RS
10
                             Plaintiff,     **STATEMENT BY COUNSEL RE:**
11                                          **MOTION FOR COMPASSIONATE**
                 v.                         **RELEASE**
12
    DRAY MOSBY,
13
                             Defendant.
14  _____/

15  **TO:    THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF**
            **CALIFORNIA; ASSISTANT UNITED STATES ATTORNEY CHRISTOPHER**
16          **VIEIRA; AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

17          Defendant Dray Terry Mosby is serving a five year sentence at Herlong FCI. According to

18  the Federal Bureau of Prisons website, his release date is September 12, 2022, so he has less than

19  two years remaining on his sentence.

20          At the end of July of this year, Mr. Mosby contacted present counsel about seeking his

21  compassionate release based on the COVID -19 pandemic. One phone call was set up with Mr.

22  Mosby at Herlong FCI, and then there was email correspondence through the CORRLINKS

23  system. Based on that communication, counsel sought appointment to represent Mr. Mosby in his

24  pursuit of compassionate release. In the meantime, Mr. Mosby was to gather records and

25  materials to assist in his motion for release.

26          Mr. Mosby sent a two page handwritten letter to the Court  that was filed on September

27  11, 2020, asking that it be construed as a motion for compassionate release pursuant to 18 U.S.

28  C. §3582. (ECF No. 226) The Court requested that the government respond to the motion. (ECF

    **COUNSEL'S STATEMENT RE:**
    **MOTION FOR COMPASSIONATE RELEASE**

No. 227). Counsel contacted Mr. Mosby by email as to the filing of the letter/motion, and whether he wanted to represent himself or still desired the assistance of appointed counsel. Mr. Mosby has since replied that he desires the assistance of appointed counsel.

On September 14, 2020, the Court appointed counsel to represent Mr. Mosby. (ECF No. 228) The government has since responded to Mr. Mosby's handwritten letter/motion. (ECF No. 229) Counsel needs time to talk to Mr. Mosby about his release motion, and to review relevant paperwork and records with him. The government's response to his motion has been mailed to Mr. Mosby at Herlong FCI, and last Friday, September 18, the government forwarded records relating to Mr. Mosby it had been obtained from the Bureau of Prisons.

Under the circumstances, counsel requests at least a couple of weeks in order to meet and confer with Mr. Mosby as to the merits and background of his motion. The Court has previously indicated that the motion would be decided without oral argument unless it is deemed necessary. (ECF No. 227) Once given an opportunity to consult with Mr. Mosby, counsel will file an appropriate pleading in support of Mr. Mosby's original motion.

DATED: September 21, 2020                    Respectfully submitted,

                                             */s/ Robert Waggener*
                                             _____
                                             Robert Waggener
                                             Attorney for DRAY MOSBY

**COUNSEL'S STATEMENT RE:**
**MOTION FOR COMPASSIONATE RELEASE**                    2