ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:       (415) 431-4500
Fax:         (415) 255-8631
E-Mail:      rwlaw@mindspring.com

Attorney for Defendant DRAY MOSBY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-17-0389 RS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE ON FORM 12** |
| v. | |
| DRAY MOSBY, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties that the status conference appearance on the pending Form 12 Supervised Release violation Petition before United States District Court Judge Richard Seeborg set for August 6, 2024, at 9:30 a.m. be continued to September 24, 2024 at 9:30 a.m.. Mr. Mosby has a state court criminal proceeding in late August and the parties agree that the Form 12 Status Hearing should be continued to a date after the state court proceeding.  All parties, including United States Probation Officer Shonte Brittle, are available on September 24, 2024, and approve the continuance.

Dated: August 2, 2024
                     /s/
                   ROBERT WAGGENER
                   Attorney for Defendant
                   DRAY MOSBY

**STIPULATION AND ORDER**
**CONTINUING STATUS CONFERENCE**

Dated: August 2, 2024

                 /s/
DONOVAN McKENDRICK
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: August 2, 2024

RICHARD SEEBORG
United States District Court Judge