ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:        (415) 431-4500
Fax:           (415) 255-8631
E-Mail:       rwlaw@mindspring.com

Attorney for Defendant DRAY MOSBY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA                    No. CR-17-0389 RS

                                Plaintiff,   **STIPULATION AND  ORDER
                                             CONTINUING STATUS
                    v.                       CONFERENCE ON FORM 12**

DRAY MOSBY,

                                Defendant.
_____/

   **IT IS HEREBY STIPULATED** by and between the parties that the status conference

appearance on the pending Form 12 Supervised Release violation Petition before United States

District Court Judge Richard Seeborg set for September 24, 2024, at 9:30 a.m. be continued to

October 29, 2024 at 9:30 a.m.. Mr. Mosby has a state court criminal proceeding in late

September (after the scheduled status conference) and the parties agree that the Form 12 Status

Hearing should be continued to a date after the state court proceeding.  All parties, including

United States Probation Officer Shonte Brittle, are available on October 29, 2024, and approve

the continuance.

Dated: September 12, 2024
                                            _____/s/_____
                                            ROBERT WAGGENER
                                            Attorney for Defendant
                                            DRAY MOSBY

Dated: September 12, 2024

/s/
DONOVAN McKENDRICK
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  9/13/2024

RICHARD SEEBORG
United States District Court Judge